# SEALED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | |
|---|---|
| Plaintiff, | SEALED |
| v. | |
| Jae Ho Kim, | 2:10-mj-00632-LRL |
| Defendant. | |

**Sealing Order**

Based on the pending Application of the Government and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, well as the application requesting a sealing order and this Order, in the above-captioned matter shall be sealed until further Order of the Court.

Dated this ___ day of September 2010.

_____
UNITED STATES MAGISTRATE JUDGE