Michael Sanft, Esq. (8245)
SANFT LAW
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563

*Attorney for Jae Ho Kim*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAE HO KIM,<br><br>        Defendants. | CASE NO.: 2:10-cr-606-LDG-RJJ<br><br>DEPT. NO.:<br><br>**SUBSTITUTION OF COUNSEL** |

BRENDA WEKSLER, ESQ., attorneys of record for defendant JAE HO KIM, does hereby consent to the substitution of MICHAEL W. SANFT, ESQ., of the law firm SANFT LAW, as attorney for defendant JAE HO KIM in the above-entitled matter in his place and stead.

DATED this 25th of July, 2011.

BRENDA WEKSLER, ESQ.
FEDERAL PUBLIC DEFENDER'S OFFICE
411 E. Bonneville Rd., #250
Las Vegas, Nevada 89101

MICHAEL W. SANFT, ESQ. of the law firm SANFT LAW, does hereby agree to be substituted in the place of BRENDA WEKSLER, ESQ., as attorney for Defendant JAE HO KIM in the above-entitled matter.

DATED this ____ of _____, 2011.

SANFT LAW

_____
MICHAEL W. SANFT, ESQ.
520 South Fourth Street
Las Vegas, Nevada 89101

Defendant JAE HO KIM does hereby agree to the substitution of BRENDA WEKSLER, ESQ., for MICHAEL W. SANFT, ESQ. of SANFT LAW as the attorney of record in the above-entitled matter.

DATED this 21 of JULY, 2011.

_____
JAE HO KIM

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: AUGUST 8, 2011