UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAE HO KIM,

        Defendant.

2:10-CR-606-LDG (RJJ)

**FINAL ORDER OF FORFEITURE**

On February 10, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Sections 2323(b)(1) and (a)(1)(A), based upon the plea of guilty by defendant JAE HO KIM to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum, and shown by the United States to have the requisite nexus to the offenses to which defendant JAE HO KIM pled guilty. Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 44; Plea Memorandum, ECF No. 42; Preliminary Order of Forfeiture, ECF No. 43.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 14, 2012, through March 14, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 45.

. . .

1. This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

2. This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); and Title 18, United States Code, Sections 2323(b)(1) and (a)(1)(A), and shall be disposed of according to law:

a. 177 Louis Vuitton Handbags;
b. One (1) Louis Vuitton Dufflebag;
c. Seven (7) Louis Vuitton Belts;
d. 85 Louis Vuitton Wallets;
e. One (1) Louis Vuitton Briefcase;
f. One (1) Louis Vuitton Cellphone Holder;
g. One (1) Louis Vuitton Day Planner;
h. One (1) Louis Vuitton Garment Bag;
i. Two (2) Louis Vuitton Watches;
j. 44 Gucci Handbags;
k. Five (5) Gucci Sun Visors;
l. Six (6) Gucci Belts;
m. Three (3) Gucci Sunglasses;
n. 64 Gucci Wallets;
o. One (1) Louis Vuitton Sun Visor;
p. One (1) Louis Vuitton Coin Purse;
q. Two (2) Juicy Couture Purses;

| | | |
|---|---|---|
| r. | Three (3) Prada Handbags; |
| s. | One (1) Chanel Necklace; |
| t. | 22 Chanel Earrings; |
| u. | One (1) Chanel Chain Belt; |
| v. | Five (5) Chanel Keychains; |
| w. | One (1) Chanel Emblem; |
| x. | 14 Rolex Watches; |
| y. | Seven (7) Dooney and Burke Handbags; |
| z. | Three (3) Chanel Berets; |
| aa. | Ten (10) Burberry Handbags; |
| bb. | Three (3) Fendi Handbags; |
| cc. | Three (3) Burberry Wallets; |
| dd. | Four (4) Burberry Sunglasses; |
| ee. | 27 Chanel Handbags; |
| ff. | Two (2) Chanel Briefcases; |
| gg. | One (1) Fendi Wallet; |
| hh. | One (1) Omega Watch; |
| ii. | One (1) Prada Wallet; |
| jj. | One (1) Dolce & Gabana Wallet; |
| kk. | One (1) Channel Watch; |
| ll. | One (1) Cartier Watch; |
| mm. | 27 Chanel Coin Purses; |
| nn. | 14 Chanel Wallets; |
| oo. | 78 Coach Handbags; |
| pp. | 16 Coach Coin Purses; |
| qq. | 40 Coach Wallets; |

| | | |
|---|---|---|
| 1 | rr. | One (1) pair of Chanel Sunglasses; |
| 2 | ss. | One (1) Marc Jacobs Handbag; |
| 3 | tt. | Two (2) Diva Belts; |
| 4 | uu. | Three (3) Bebe Belts; |
| 5 | vv. | Three (3) Dior Sunglasses; |
| 6 | ww. | Two (2) Louis Vuitton Umbrella; |
| 7 | xx. | 16 Prada Handbags; |
| 8 | yy. | Five (5) Gucci Handbags; |
| 9 | zz. | 18 Louis Vuitton Handbags; |
| 10 | aaa. | One (1) Dior Handbag; |
| 11 | bbb. | One (1) D&G Handbag; |
| 12 | ccc. | One (1) Dior Coin Purse; |
| 13 | ddd. | Three (3) Chanel Suspenders; |
| 14 | eee. | One (1) Dior Belt; |
| 15 | fff. | One (1) Versace Wallet; |
| 16 | ggg. | Nine (9) Louis Vuitton Watches; |
| 17 | hhh. | One (1) Rolex; |
| 18 | iii. | 97 Chanel Watches; |
| 19 | jjj. | Four (4) Burberry Watches; |
| 20 | kkk. | 31 Miscellaneous Emblems; |
| 21 | lll. | 52 Chanel Keychains; |
| 22 | mmm. | One (1) Chanel Chain Belt; |
| 23 | nnn. | Seven (7) Chanel Earrings; |
| 24 | ooo. | One (1) pair of Chanel Sunglasses; |
| 25 | ppp. | One (1) pair of Prada Sunglasses; |
| 26 | qqq. | One (1) pair of Cartier Sunglasses; |

| | | |
|---|---|---|
| 1 | rrr. | 12 Gucci Sunglasses; |
| 2 | sss. | Five (5) Louis Vuitton Wallets; |
| 3 | ttt. | Three (3) Chanel Handbags; |
| 4 | uuu. | Two (2) Dooney and Burke Handbags; |
| 5 | vvv. | Two (2) Fendi Handbags; |
| 6 | www. | Six (6) D&B Handbags; |
| 7 | xxx. | Three (3) Juicy Couture Handbags; |
| 8 | yyy. | Three (3) Burberry Handbags; |
| 9 | zzz. | 177 Gucci Handbags; |
| 10 | aaaa. | 4 Fendi Handbags; |
| 11 | bbbb. | 48 Prada Handbags; |
| 12 | cccc. | 97 Chanel Handbags; |
| 13 | dddd. | 17 Prada Wallets; |
| 14 | eeee. | 97 Coach Handbags; |
| 15 | ffff. | Three (3) Coach Hats; |
| 16 | gggg. | Four (4) Coach Wallets; |
| 17 | hhhh. | 239 Louis Vuitton Handbags; |
| 18 | iiii. | Three (3) Louis Vuitton Shoes; |
| 19 | jjjj. | Eight (8) Louis Vuitton Belts; |
| 20 | kkkk. | 11 Louis Vuitton Wallets; |
| 21 | llll. | One (1) Louis Vuitton Carry Case; |
| 22 | mmmm. | Two (2) Louis Vuitton Dufflebags; |
| 23 | nnnn. | One (1) Prada Dufflebag; |
| 24 | oooo. | Ten (10) Dior Handbags; |
| 25 | pppp. | 18 Gucci Hats; |
| 26 | qqqq. | Seven (7) Gucci Wallets; |

| | | |
|---|---|---|
| 1 | rrrr. | Two (2) Gucci Belts; |
| 2 | ssss. | One (1) Dior Coin Purse; |
| 3 | tttt. | Seven (7) Fendi Wallets; |
| 4 | uuuu. | One (1) Louis Vuitton Day Planner; |
| 5 | vvvv. | 15 Chanel Wallets; |
| 6 | wwww. | Four (4) Louis Vuitton Umbrellas; and |
| 7 | xxxx. | One (1) Rivet Driver. |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __12__ day of __June__, 2012.

_____
UNITED STATES DISTRICT JUDGE